# Balena Law Firm

Attorney at Law

30400 Detroit Road Suite 106

Westlake, OH 44145

Phone: 888-633-5426   |   Fax: 866-936-6113

Account Statement

Prepared for Michael Sedlak

Re: chapter 7 bankruptcy

| | |
|---|---:|
| Previous Balance | $(1,890.00) |
| Current Charges | $7,414.16 |
| New Balance | $5,524.16 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $(1,890.00) |
| Now Due | $5,524.16 |
| Trust Account | $0.00 |

# Balena Law Firm

Attorney at Law

30400 Detroit Road Suite 106

Westlake, OH 44145

Phone: 888-633-5426   |   Fax: 866-936-6113

## INVOICE

Michael Sedlak
3615 Case Road
Avon, OH 44011

Invoice Date: March 07, 2014
Invoice Number: 10982
Invoice Amount: $7,414.16

## Matter: chapter 7 bankruptcy

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 6/7/2012 | bankruptcy consultation | W.J.B. | 1.00 | No Charge |
| 6/12/2012 | Fee for services | W.J.B. | .00 | $1,500.00 |
| 6/12/2012 | second bankruptcy consultation | W.J.B. | 1.50 | No Charge |
| 1/24/2013 | Phone conf Amy, set meeting and advise info needed for means test. | W.J.B. | .10 | No Charge |
| 2/2/2013 | meeting to review sch J and means test. Clients brought updated pay stubs. | W.J.B. | 1.40 | No Charge |
| 2/2/2013 | phone call to Amy Sedlak to instruct how to find office | W.J.B. | .10 | No Charge |
| 2/26/2013 | review petition and print for signing | W.J.B. | .40 | No Charge |
| 2/27/2013 | signing and file petition | W.J.B. | 1.10 | No Charge |
| 4/8/2013 | Prepare and mail Amended Schedules | N.W. | .10 | No Charge |
| 4/8/2013 | travel to and from 341 | W.J.B. | 1.30 | No Charge |
| 4/8/2013 | creditor meeting | W.J.B. | .60 | No Charge |
| 4/23/2013 | phone call from Amy talk about unanticipated refund | W.J.B. | .10 | No Charge |
| 4/23/2013 | call from Michael same issue, call later to ask for precise amount of refund; left message | W.J.B. | .10 | No Charge |
| 4/24/2013 | phone call from office with amount of refund | W.J.B. | .10 | No Charge |
| 4/24/2013 | amend Sch B, C to include and exempt refund. | W.J.B. | .30 | No Charge |
| 4/24/2013 | remotely download and save Sedlak letter from IRS concerning refund. | W.J.B. | .20 | No Charge |
| 4/24/2013 | email trustee copy of letter from IRS showing refund setoffs | W.J.B. | .10 | No Charge |
| 4/24/2013 | email trustee BoA statement showing monthly mortgage payments and explanation of lesser payments. | W.J.B. | .10 | No Charge |

| Date | Description | Initials | Hours | Charge |
|---|---|---|---|---|
| 5/29/2013 | Klienman - filing 707b motion; needs info on annuity loan, IRS loan payment and details of wife's college expense; is it required, what degree is she working for, what degree does she have currently | W.J.B. | .40 | No Charge |
| 6/4/2013 | email - email car lender that they have permission to contact client to arrange pick up of vehicle | W.J.B. | .10 | No Charge |
| 6/7/2013 | c/f client - received 707B mot. - crying into ph. | W.J.B. | .10 | No Charge |
| 6/7/2013 | c/f client - calmed down. lft. msg. with questions about surrender of vehicle. did not return call yet. may email | W.J.B. | .10 | No Charge |
| 6/13/2013 | forwarded emails with renewal info to Bill | N.W. | .20 | No Charge |
| 6/17/2013 | client brought in pay stubs - March thru June - scanned to dropbox | N.W. | .10 | No Charge |
| 6/17/2013 | read email from Amy SEdlak | W.J.B. | .10 | No Charge |
| 6/21/2013 | c/f client - should they go out and get another vehicle? | N.W. | .10 | No Charge |
| 7/5/2013 | email - saved to dropbox & printed - pay stub 6.28.13 | N.W. | .10 | No Charge |
| 7/5/2013 | review income and exp info for 707b reply | W.J.B. | 1.00 | No Charge |
| 7/10/2013 | enter new wage info and update sch J | W.J.B. | .70 | No Charge |
| 7/11/2013 | prepare objection to trustee's motion to dismiss case for abuse | W.J.B. | 3.70 | No Charge |
| 7/12/2013 | finishing touches on amended SOFA; draft amdmt coversheet and file amended I, J and SOFA | W.J.B. | .20 | No Charge |
| 7/12/2013 | amend certificate of service due to deficiency notice | W.J.B. | .20 | No Charge |
| 7/12/2013 | email client copy of objection and amended schedules for signing | W.J.B. | .20 | No Charge |
| 7/12/2013 | reply to client 7/10 email | W.J.B. | .30 | No Charge |
| 7/17/2013 | call Lenore for status on my objecction; left voicemail | W.J.B. | .10 | No Charge |
| 7/17/2013 | lenore called back. She will need more info regarding the objection. She is going out of state till end of next week. Amy Good will cover for her. Will ask court for adjournment. WCB after the end of next week. | W.J.B. | .10 | No Charge |
| 7/18/2013 | travel to 707b with pmc | W.J.B. | .90 | No Charge |
| 7/18/2013 | hearing (10 min) in court | W.J.B. | .50 | No Charge |
| 7/18/2013 | Travel from hearing | W.J.B. | .50 | No Charge |
| 7/23/2013 | ov - discuss converting to ch13 in light of husband's $4,000 commission | W.J.B. | 1.50 | $375.00 |
| 8/20/2013 | call from Lenore. she wants updated paystubs and commission info for July, 2013. If clients don't want to convert she will agree to dismissal without prejudice. | W.J.B. | .40 | No Charge |
| 8/21/2013 | c/t - lft. msg. asking amy if she tried to fax us a paystub this morning, only back came through. asked, if it was her to please resend the front only | N.W. | .10 | No Charge |
| 8/21/2013 | c/f - she believes mike tried to send the flopped fax - she left him a msg. to resend and will get the rest to you tonight or tomorrow | N.W. | .10 | No Charge |
| 8/22/2013 | Travel to motion hearing | W.J.B. | .80 | No Charge |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 8/22/2013 | scanned paystubs to dropbox | N.W. | .10 | No Charge |
| 8/22/2013 | return trip from motion hearing | W.J.B. | .50 | No Charge |
| 8/27/2013 | email current status of case, ask them to decide between ch13 and dismissal wo prejudice; Ask for car info | W.J.B. | .30 | $75.00 |
| 8/30/2013 | client slid pay stubs under door - scanned to dropbox | N.W. | .10 | No Charge |
| 9/3/2013 | client dropped off auto loan statement - scanned to dropbox | N.W. | .10 | No Charge |
| 9/6/2013 | prep. mot. to conv., not. of hrng. on mot. to convert & ORDER | N.W. | 1.00 | $75.00 |
| 9/9/2013 | meet to decide to convert or dismiss | W.J.B. | 1.50 | $450.00 |
| 9/10/2013 | complete motion to convert and prepare 21 day notice and file | W.J.B. | .80 | $240.00 |
| 9/10/2013 | lenore called to check status. advised that met w clients last night and that Sedlaks will try converting | W.J.B. | .10 | No Charge |
| 10/3/2013 | travel to motion hearing | W.J.B. | .70 | $210.00 |
| 10/3/2013 | heaing on mot to convert; trustee withdrew 707b motion | W.J.B. | .30 | $90.00 |
| 10/3/2013 | return to office | W.J.B. | .70 | $210.00 |
| 10/22/2013 | prepare order convering case | W.J.B. | .40 | $120.00 |
| 10/22/2013 | sent email asking for return call to set up appt. to discuss Plan | N.W. | .10 | $7.50 |
| 10/22/2013 | c/f - appt. tues. 10/29/13 @ 6 pm | N.W. | .10 | $7.50 |
| 10/29/2013 | prep. RR for signing | N.W. | .20 | $15.00 |
| 10/30/2013 | sign RR; review budget to come up with disposable income | W.J.B. | 1.50 | $450.00 |
| 10/30/2013 | scan RR to dropbox | N.W. | .10 | $7.50 |
| 10/30/2013 | more work on budget and plan | W.J.B. | 1.50 | $450.00 |
| 10/30/2013 | finish schedules, 22C, SOFA and plan. email to client for signature with request to deliver to office tomorrow | W.J.B. | 1.00 | $300.00 |
| 10/31/2013 | complete amendment coversheet, file amended schedules, 22C | W.J.B. | .50 | $150.00 |
| 10/31/2013 | add 3 additional creditors | W.J.B. | .20 | $60.00 |
| 10/31/2013 | email tax return to trustee; gmail sluggish. Difficulty attaching tax ret pdf | W.J.B. | .20 | $60.00 |
| 10/31/2013 | dropped off signed docs | N.W. | .10 | $7.50 |
| 10/31/2013 | final review of plan and file | W.J.B. | .20 | $60.00 |
| 11/1/2013 | motion to pay mortgage outside plan, notice of hearing, and entry | W.J.B. | .80 | $240.00 |
| 11/1/2013 | amend opt out docs pursuant to deficiency notice | W.J.B. | .10 | $30.00 |
| 11/1/2013 | withdraw opt out docs due to second deficiency notice. Clerk wants full email for ch13 trustee now. | W.J.B. | .10 | $30.00 |
| 11/1/2013 | correct, format and file opt out docs to format service clause the way they now want. | W.J.B. | .30 | $90.00 |
| 11/1/2013 | save filed docs to dropbox, print and mail copy to BofA - postage $0.46 | N.W. | .10 | $7.50 |
| 11/1/2013 | discard docs slated for mailing - Bill will w/d and resubmit | N.W. | .10 | $7.50 |
| 11/5/2013 | correct opt out motions | W.J.B. | .20 | $60.00 |
| 11/20/2013 | travel to and from 341 | W.J.B. | 1.60 | $240.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 11/20/2013 | creditor meeting | W.J.B. | 1.40 | $420.00 |
| 11/26/2013 | eml - save oct. & nov. pay stubs to dropbox | N.W. | .10 | $7.50 |
| 11/27/2013 | c/f - set appt. Tues. 12/3 @ 4pm | N.W. | .10 | $7.50 |
| 12/3/2013 | review trustee objection | W.J.B. | 1.10 | $330.00 |
| 1/31/2014 | determine if plan feasible at $800 month; call Phil Lamos; offer $800 a month at 19% to unsecured; enmail Amy fact that he accepted offer. | W.J.B. | .40 | $120.00 |
| 2/3/2014 | prep amended plan, motion to modify and notice of hearing | W.J.B. | .80 | $240.00 |
| 2/3/2014 | print notice & plan, prep envelopes (postage [26x.49] = $12.74) | N.W. | 1.00 | $75.00 |
| 2/4/2014 | amend and submit new pay order | W.J.B. | .20 | $60.00 |
| 2/10/2014 | call from client with questions, what to do with tax refund, | W.J.B. | .20 | $60.00 |
| 2/28/2014 | email from trustee that they are agreeing to confirmation | W.J.B. | .10 | $30.00 |
| SUBTOTAL: | | | 42.20 | $6,975.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 6/12/2012 | chapter 7 filing fee | $306.00 |
| 6/12/2012 | credit counseling | $40.00 |
| 6/12/2012 | credit reports | $44.00 |
| 4/8/2013 | Postage - Copies of Amendment to Schedules 2x.46 | $0.92 |
| 8/22/2013 | parking meter | $1.50 |
| 10/31/2013 | filing cost to add creditors | $30.00 |
| 11/20/2013 | parking for 341 | $4.00 |
| 2/3/2014 | postage for Mot.s & Not.s | $12.74 |
| SUBTOTAL: | | $439.16 |

**Matter Ledgers**

| Date | Description | Amount |
|---|---|---|
| 8/3/2012 | Balance before last invoice | $0.00 |
| 8/3/2012 | payment - thank you | $(500.00) |
| 8/3/2012 | payment thank you | $(100.00) |
| 11/30/2012 | payment - thank you | $(1,290.00) |
| 3/7/2014 | Invoice 10982 | $7,414.16 |
| SUBTOTAL: | | $5,524.16 |

**Trust Account**

Available in Trust: $0.00

TOTAL: $7,414.16
PREVIOUS BALANCE (CREDIT): $1,890.00
CURRENT BALANCE DUE AND OWING: $5,524.16