# OFFICE OF THE CHAPTER 13 TRUSTEE
## CRAIG SHOPNECK, TRUSTEE
For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Craig Shopneck, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Craig Shopneck
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
  on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period February 27, 2013 through September 30, 2017

Case No:  13-11252-JPS

| | | | |
|---|---|---|---|
| Debtor: | MICHAEL SEDLAK<br>3615 CASE ROAD<br>AVON, OH  44011 | Joint Debtor: | AMY SEDLAK<br>3615 CASE ROAD<br>AVON, OH  44011 |

Filed:  February 27, 2013

Required Plan Payments:  $1,200.00 MONTHLY

Attorney:  WILLIAM J BALENA
(440) 759-0368

Delinquency:  $651.95

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 44,355.85 |
| Disbursements: | | |
| Principal | 33,403.67 | |
| Interest | 3,220.22 | |
| Attorney Fee | 5,524.16 | |
| Trustee Fee | 2,180.02 | |
| | | 44,328.07 |
| Funds on Hand: | | 27.78 |
| | | 44,355.85 |



## RECEIPTS DURING REPORTING PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Nov 25, 2013 | 651.95 | Dec 11, 2013 | 325.97 | Dec 24, 2013 | 325.98 | Jan 06, 2014 | 325.97 | Jan 21, 2014 | 325.98 |
| Feb 18, 2014 | 325.97 | Mar 03, 2014 | 400.00 | Mar 04, 2014 | 74.03 | Mar 18, 2014 | 400.00 | Mar 31, 2014 | 400.00 |
| Apr 14, 2014 | 400.00 | Apr 28, 2014 | 400.00 | May 12, 2014 | 400.00 | May 27, 2014 | 400.00 | Jun 09, 2014 | 400.00 |
| Jun 23, 2014 | 400.00 | Jul 07, 2014 | 400.00 | Jul 21, 2014 | 400.00 | Aug 04, 2014 | 400.00 | Aug 18, 2014 | 400.00 |
| Sep 17, 2014 | 400.00 | Sep 30, 2014 | 400.00 | Oct 17, 2014 | 400.00 | Oct 28, 2014 | 400.00 | Nov 14, 2014 | 400.00 |
| Nov 24, 2014 | 400.00 | Dec 09, 2014 | 400.00 | Dec 22, 2014 | 400.00 | Jan 06, 2015 | 400.00 | Jan 20, 2015 | 400.00 |
| Feb 20, 2015 | 400.00 | Mar 02, 2015 | 400.00 | Mar 16, 2015 | 400.00 | Apr 02, 2015 | 400.00 | Apr 13, 2015 | 400.00 |
| Apr 27, 2015 | 400.00 | May 11, 2015 | 400.00 | May 26, 2015 | 400.00 | Jun 08, 2015 | 400.00 | Jun 22, 2015 | 400.00 |
| Jul 06, 2015 | 400.00 | Jul 20, 2015 | 400.00 | Aug 17, 2015 | 400.00 | Aug 31, 2015 | 400.00 | Sep 21, 2015 | 400.00 |
| Oct 05, 2015 | 400.00 | Oct 19, 2015 | 400.00 | Nov 02, 2015 | 400.00 | Nov 16, 2015 | 400.00 | Nov 30, 2015 | 400.00 |
| Dec 16, 2015 | 400.00 | Dec 28, 2015 | 400.00 | Jan 11, 2016 | 400.00 | Jan 25, 2016 | 400.00 | Feb 11, 2016 | 400.00 |
| Feb 23, 2016 | 600.00 | Mar 07, 2016 | 600.00 | Mar 21, 2016 | 600.00 | Apr 04, 2016 | 600.00 | Apr 18, 2016 | 600.00 |
| May 16, 2016 | 600.00 | May 31, 2016 | 600.00 | Jun 13, 2016 | 600.00 | Jun 27, 2016 | 600.00 | Jul 11, 2016 | 600.00 |
| Jul 25, 2016 | 600.00 | Aug 08, 2016 | 600.00 | Aug 22, 2016 | 600.00 | Sep 22, 2016 | 600.00 | Oct 03, 2016 | 600.00 |
| Oct 17, 2016 | 600.00 | Nov 01, 2016 | 600.00 | Nov 14, 2016 | 600.00 | Nov 28, 2016 | 600.00 | Dec 13, 2016 | 600.00 |
| Dec 27, 2016 | 600.00 | Jan 09, 2017 | 600.00 | Jan 23, 2017 | 600.00 | Feb 06, 2017 | 600.00 | Feb 21, 2017 | 600.00 |
| Mar 06, 2017 | 600.00 | Mar 20, 2017 | 600.00 | Apr 17, 2017 | 600.00 | May 01, 2017 | 600.00 | May 15, 2017 | 600.00 |
| May 30, 2017 | 600.00 | Jun 12, 2017 | 600.00 | Jun 26, 2017 | 600.00 | Jul 11, 2017 | 600.00 | Jul 24, 2017 | 600.00 |
| Aug 07, 2017 | 600.00 | Aug 21, 2017 | 600.00 | Sep 18, 2017 | 600.00 | | | | |

## DISBURSEMENTS DURING REPORTING PERIOD

| Claim Number | Creditor Name /Acct# | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| 001 | QUANTUM3 GROUP LLC | Unsecured | | 2,809.94 | .00 | |
| 6161 | LEVIN FURNITURE | | 4,148.12 | 2,809.94 | .00 | 1,338.18 |
| 002 | FIFTH THIRD BANK | Unsecured | | 4,839.53 | .00 | |
| 1613 | | | 7,143.45 | 4,839.53 | .00 | 2,303.92 |
| 002N | FIFTH THIRD BANK | Unsecured | | 0.00 | 0.00 | |
| | | | .00 | .00 | .00 | .00 |
| 003 | CAPITAL ONE NA | Unsecured | | 1,447.12 | .00 | |
| 1029 | KOHLS | | 2,136.31 | 1,447.12 | .00 | 689.19 |
| 004 | CAPITAL ONE NA | Unsecured | | 574.44 | .00 | |
| 0735 | KOHLS | | 856.47 | 574.44 | .00 | 282.03 |
| 005 | HUNTINGTON NATIONAL BANK | Unsecured | | 511.63 | .00 | |
| 5423 | | | 762.83 | 511.63 | .00 | 251.20 |
| 005A | HUNTINGTON NATIONAL BANK | Unsecured | | 0.00 | 0.00 | |
| 5423 | | | .00 | .00 | .00 | .00 |
| 006 | FIRST INVESTORS FINANCIAL SVCS | Secured | With interest @ 5.25% | 14,988.05 | 3,220.22 | |
| 6118 | | | 22,102.67 | 14,988.05 | 3,220.22 | 7,114.62 |
| 007 | PYOD LLC AS ASSIGNEE OF CITIBANK NA | Unsecured | | 1,191.71 | .00 | |
| 5390 | | | 1,759.23 | 1,191.71 | .00 | 567.52 |
| 008 | ECAST SETTLEMENT CORP | Unsecured | | 1,637.16 | .00 | |
| 8804 | BEST BUY CO INC | | 2,416.85 | 1,637.16 | .00 | 779.69 |
| 009 | PRA RECEIVABLES MANAGEMENTS LLC | Unsecured | | 1,293.00 | .00 | |
| 8035 | CAR CARE ONE/GECRB or GEMB | | 1,908.79 | 1,293.00 | .00 | 615.79 |



## DISBURSEMENTS DURING REPORTING PERIOD

| Claim Number | Creditor Name /Acct# | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| 009N | PRA RECEIVABLES MANAGEMENT | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 010 6564 | PRA RECEIVABLES MANAGEMENTS LLC LEVIN FURNITURE/GECRD OR GEMB | Unsecured | 313.82 | 212.68 212.68 | .00 .00 | 101.14 |
| 010N | PRA RECEIVABLES MANAGEMENT | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 011 9409 | PRA RECEIVABLES MANAGEMENTS LLC | Unsecured | 1,328.56 | 891.06 891.06 | .00 .00 | 437.50 |
| 011N | PRA RECEIVABLES MANAGEMENT | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 012 6757 | PRA RECEIVABLES MANAGEMENTS LLC | Unsecured | 3,267.14 | 2,213.14 2,213.14 | .00 .00 | 1,054.00 |
| 012N | PRA RECEIVABLES MANAGEMENT | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 013 8361 | PRA RECEIVABLES MANAGEMENTS LLC | Unsecured | 1,184.15 | 794.21 794.21 | .00 .00 | 389.94 |
| 013N | PRA RECEIVABLES MANAGEMENT | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 799 | WILLIAM J BALENA | Attorney Fees | 5,524.16 | 5,524.16 5,524.16 | .00 .00 | .00 |
| XXXN | EDWARD A BAILEY ESQ | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| XXXN | ADAM B HALL ESQ | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 3072 | DEPARTMENT OF THE TREASURY IRS | Priority | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 9710 | GREAT AMERICAN FINANCIAL RESOURCES | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 9710 | GREAT AMERICAN FINANCIAL RESOURCES | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 7712 | FIRST MERIT | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 1926 | UNIVERSITY HOSPITAL MEDICAL GROUP | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 712H | ST JOHNS MEDICAL CENTER | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 7151 | TARGET NATIONAL BANK | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 7079 | PHYSICIANS LINK CENTERS INC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 9692 | CAPITAL ONE BANK | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 2375 | CHASE | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 8736 | HOME DEPOT CREDIT SERVICES | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |



CASE NO: 13-11252-JPS  
DEBTOR: MICHAEL EDWARD SEDLAK  JOINT DEBTOR: AMY CHRISTINE SEDLAK

**DISBURSEMENTS DURING REPORTING PERIOD**

| Claim Number | Creditor Name /Acct# | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| | CITIBANK USA | Unsecured | | 0.00 | 0.00 | |
| 7871 | | | .00 | .00 | .00 | NOT FILED |
| | SEARS | Unsecured | | 0.00 | 0.00 | |
| 5390 | | | .00 | .00 | .00 | NOT FILED |